# CIVIL COVER SHEET

# ATTACHMENT

## SECTION I. (a) PLAINTIFFS

**Michael Langenhorst**

> **Address:**
>
> 15 Utopia Circle
> Sturgeon Bay, WI 54235

**Michael LeMay**

> **Address:**
>
> 512 N. Erie Street
> DePere, WI 54115

**Stephen Fifrick**

> **Address:**
>
> 1770 Roberts Lane
> Abrams, WI 54101-9422

## SECTION I. (a) DEFENDANTS

**Laure Pecore**, in her official capacity as Clerk of Menominee County, Wisconsin

> **Address:**
>
> W3269 Courthouse Lane
> Keshena, WI 54135-0279
> P.O. Box 279
> Keshena, WI 54135-0279

**Scott McDonell**, in his official capacity as Clerk of Dane County, Wisconsin

> **Address:**
>
> City County Building
> Room 106A
> 210 Martin Luther King Jr. Blvd
> Madison, WI 53703

**George L. Christenson**, in his official capacity as Clerk of Milwaukee County, Wisconsin

    **Address:**
    Milwaukee County Courthouse
    Room 105
    901 North 9th Street
    Milwaukee WI 53233

**Julietta Henry**, in her official capacity as Milwaukee County, Wisconsin Elections Director

    **Address:**
    Milwaukee County Courthouse
    Room G10
    901 North 9th Street
    Milwaukee WI 53233

*Rick Baas,* in his official capacity as Milwaukee County Wisconsin Election Commissioner

*Dawn Martin,* in her official capacity as Milwaukee County Wisconsin Election Commissioner

*Tim Posnanski,* in his official capacity as Milwaukee County Wisconsin Election Commissioner

    **Address:**
    Milwaukee County Courthouse
    Room G10
    901 North 9th Street
    Milwaukee WI 53233

**Ann S. Jacobs**, in her official capacity as Chair of the Wisconsin Elections Commission

**Mark L. Thomsen**, in his official capacity as Vice-Chair of the Wisconsin Elections Commission

**Marge Bostelmann**, in her official capacity as Secretary of the Wisconsin Elections Commission

**Julie M. Glancey**, in her official capacity as Wisconsin Election Commissioner

**Dean Knudson**, in his official capacity as Wisconsin Election Commissioner

**Robert F. Spindell, Jr.,** in his official capacity as Wisconsin Election Commissioner

    **Address:**
    Wisconsin Elections Commission
    Third Floor
    212 East Washington Avenue
    P.O. Box 7984
    Madison, Wisconsin 53707-7984

**Tony Evers**, in his official capacity as Governor of the State of Wisconsin

        **Address:**
        Governor Tony Evers
        State Capitol
        Room 115 East
        2 East Main Street
        Madison, Wisconsin 53702-0100

## SECTION I. (c) ATTORNEY FOR PLAINTIFFS

*Lead Counsel for Plaintiffs*

James Bopp, Jr. (IN #2838-84)
 jboppjr@aol.com
Richard E. Coleson (IN #11527)
 rcoleson@bopplaw.com
Jeffrey P. Gallant (VA #46876)
 jgallant@bopplaw.com
Rob Citak (KY #98023)
 rcitak@bopplaw.com

True the Vote, Inc.
Validate the Vote Project
THE BOPP LAW FIRM, PC
1 South Sixth St.
Terre Haute, IN 47807-3510
Telephone: 812/232-2434

*Local Counsel for Plaintiffs*

Michael D. Dean (WI # SBN 01019171)
      miked@michaelddeanllc.com

P.O. Box 2545
Brookfield, WI 53008
(262) 798-8044