In the United States District Court
For the Eastern District of Wisconsin
Green Bay Division

| | |
|---|---|
| **Michael Langenhorst, Michael D. LeMay, Stephen Fifrick**, <br> *Plaintiffs,* <br><br>     *v.* <br><br> **Laure Pecore**, in her official capacity as Clerk of Menominee County, Wisconsin; **Scott McDonell**, in his official capacity as Clerk of Dane County, Wisconsin; **George L. Christenson**, in his official capacity as Clerk of Milwaukee County, Wisconsin; **Julietta Henry**, in her official capacity as Milwaukee County, Wisconsin Elections Director; **Rick Baas**, **Dawn Martin**, and **Tim Posnanski**, in their official capacities as Milwaukee County, Wisconsin Election Commissioners; **Ann S. Jacobs**, in her official capacity as Chair of the Wisconsin Elections Commission, **Mark L. Thomsen**, in his official capacity as Vice-Chair of the Wisconsin Elections Commission, **Marge Bostelmann**, in her official capacity as Secretary of the Wisconsin Elections Commission; **Julie M. Glancey**, **Dean Knudson**, and **Robert F. Spindell, Jr.** in their official capacities as Wisconsin Election Commissioners; and **Tony Evers**, in his official capacity as Governor of the State of Wisconsin, <br> *Defendants* | Case No.: 1:20-cv-1701 <br><br><br> **PLAINTIFFS' DISCLOSURE STATEMENT** |

The undersigned, as counsel of record for Plaintiffs Michael Langenhorst, Michael D. LeMay, Stephen Fifrick, provide the following information in compliance with Federal Rule of Civil Procedure 7.1 and Civil L.R. 7.1:

1. Full name of every party the attorneys represents in this matter:

   All Plaintiffs: Michael Langenhorst, Michael D. LeMay, Stephen Fifrick,

2. Parent corporations and stockholders:

   a. Parent corporations, if any:

      Not applicable.

   b. List of corporate stockholders that are publicly held companies owning 10

      percent or more of the stock of the party or amicus:

      Not applicable.

3. The name of all law firms whose partners or associates appear for a party or are

   expected to appear for the party in this court:

   *Local Counsel for Plaintiffs*

   > Michael D. Dean (WI # SBN 01019171)
   > miked@michaelddeanllc.com
   > P.O. Box 2545
   > Brookfield, WI 53008
   > (262) 798-8044

   *Lead Counsel for Plaintiffs*

   > James Bopp, Jr. (IN #2838-84)
   > jboppjr@aol.com
   > Richard E. Coleson (IN #11527)
   > rcoleson@bopplaw.com
   > Jeffrey P. Gallant (VA #46876)
   > jgallant@bopplaw.com
   > Rob Citak (KY #98023)
   > rcitak@bopplaw.com
   >
   > True the Vote, Inc.
   > Validate the Vote Project
   > THE BOPP LAW FIRM, PC
   > 1 South Sixth St.
   > Terre Haute, IN 47807-3510
   > Telephone: (812) 232-2434

Dated November 12, 2020

Attorneys for Plaintiffs

THE BOPP LAW FIRM, PC

/s *James Bopp, Jr.*

_____

James Bopp, Jr. IBN 2838-84
The National Building
1 South 6th Street
Terre Haute, Indiana  47807
jboppjr@aol.com
Attorneys for Plaintiff

MICHAEL D. DEAN, LLC

/s *Michael D. Dean*

_____

Michael D. Dean, SBN 01019171
P.O. Box 2545
Brookfield, WI  53008
(262) 798-8044
miked@michaelddeanllc.com