In the United States District Court
For the Eastern District of Wisconsin
Green Bay Division

| | |
|---|---|
| **Michael Langenhorst, Michael D. LeMay, Stephen Fifrick**, <br> *Plaintiffs,* <br><br> v. <br><br> **Laure Pecore**, in her official capacity as Clerk of Menominee County, Wisconsin; **Scott McDonell**, in his official capacity as Clerk of Dane County, Wisconsin; **George L. Christenson**, in his official capacity as Clerk of Milwaukee County, Wisconsin; **Julietta Henry**, in her official capacity as Milwaukee County, Wisconsin Elections Director; **Rick Baas**, **Dawn Martin**, and **Tim Posnanski**, in their official capacities as Milwaukee County, Wisconsin Election Commissioners; **Ann S. Jacobs**, in her official capacity as Chair of the Wisconsin Elections Commission, **Mark L. Thomsen**, in his official capacity as Vice-Chair of the Wisconsin Elections Commission, **Marge Bostelmann**, in her official capacity as Secretary of the Wisconsin Elections Commission; **Julie M. Glancey**, **Dean Knudson**, and **Robert F. Spindell, Jr.** in their official capacities as Wisconsin Election Commissioners; and **Tony Evers**, in his official capacity as Governor of the State of Wisconsin, <br> *Defendants* | Case No.: 1:20-cv-1701 |

**Proposed Order**

Before the Court is Plaintiff's Motion to Expedite. For good cause shown, the Plaintiff's motion is GRANTED. Accordingly, this Court orders the following:

(1) All discovery requests and responses thereto, and all third party subpoenas and

responses thereto shall be completed no later than November 18, 2020;

(2) A trial brief will be filed with the Court by all parties no later than one business day prior to the scheduled trial on the merits;

(3) A trial on the merits to be scheduled the week of November 23, 2020; and

(4) This Court will rule promptly on the matter after the trial on the matter.

Further, with respect to discovery, this Court orders:

(1) The provisions of Federal Rule of Civil Procedure 26(a)(1) requiring initial disclosure are waived and that initial disclosure need not be made;

(2) The requirements of Federal Rule of Civil Procedure 26(f) requiring parties to confer before initiating discovery are waived and that parties may begin discovery immediately pursuant to Federal Rule of Civil Procedure 26(d)(1);

(3) The requirements of Federal Rule of Civil Procedure 45(a)(4) of notice to all parties prior to serving third party subpoenas are waived and that parties are permitted to serve third party subpoenas immediately without prior notice; and

(4) Any local rule regarding requirements for preliminary pretrial conferences, pretrial conferences, and discovery plans are waived so that discovery may proceed forthwith.

SO ORDERED this _____ day of _____, 2020.

_____
William C. Griesbach
United States District Judge

## Certificate of Service

I hereby certify that on November 13, 2020, I caused the foregoing and all exhibits and attachments thereto in the above-captioned matter to be filed with the United States District Court for the Eastern District of Wisconsin, Green Bay Division, via the Court's CM/ECF system. I also hereby certify that I caused the foregoing and all exhibits and attachments thereto in the above-captioned matter to be served via email upon:

Scott McDonell, Clerk of Dane County, Wisconsin;

George L. Christenson Clerk Milwaukee County, Wisconsin;

Julietta Henry Milwaukee County Elections Director;

Rick Bass, Dawn Martin, Tim Posnanski Milwaukee County Election Commissioners;

Ann S. Jacobs, Mark L. Thomsen, Marge Bostelmann, Julie M. Glancy, Dean Knudson, Robert F. Spindell, Jr., Wisconsin Election Commissioners.

/s/ Michael D. Dean
Michael D. Dean