UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

MICHAEL LANGENHORST, *et al.*,

        Plaintiffs,

        v.

LAURE PECORE, in her official capacity as
Clerk of Menominee County, *et al.*,

        Defendants.

Case No. 1:20-CV-01701-WCG

---

## DEMOCRATIC PARTY OF WISCONSIN'S MOTION TO INTERVENE

---

Proposed Intervenor-Defendant Democratic Party of Wisconsin ("DPW") seeks to participate as an intervening defendant in the above-captioned lawsuit to safeguard the substantial and distinct legal interests of itself, its member candidates, and its member voters, which will otherwise be inadequately represented in the litigation. For the reasons discussed in the memorandum in support, filed concurrently herewith, DPW is entitled to intervene in this case as a matter of right under Federal Rule of Civil Procedure 24(a)(2). In the alternative, DPW requests permissive intervention pursuant to Rule 24(b).

DPW respectfully requests that the Court set an expedited schedule regarding this motion to intervene to allow for DPW's participation in the briefing schedule and any hearings that are held. Otherwise, DPW's substantial constitutional rights are at risk of being severely and irreparably harmed, as described more fully in the memorandum in support of this motion.

WHEREFORE, DPW requests that the Court grant it leave to intervene in the above-captioned matter and to file its proposed answer, also attached herewith.

Dated: November 13, 2020  Respectfully submitted,

/s/ *David L. Anstaett*

David L. Anstaett (SBN #1037884)
Charles G. Curtis, Jr. (SBN #1013075)
PERKINS COIE LLP
33 East Main Street, Suite 201
Madison, Wisconsin 53703-3095
Telephone: (608) 663-7460
Facsimile: (608) 663-7499
CCurtis@perkinscoie.com
DAnstaett@perkinscoie.com

Marc E. Elias* (DC #442007)
John M. Devaney* (DC #375465)
PERKINS COIE LLP
700 Thirteenth St., N.W., Suite 800
Washington, D.C. 20005-3960
Telephone: (202) 654-6200
Facsimile: (202) 654-9959
melias@perkinscoie.com
jdevaney@perkinscoie.com

*Counsel for Proposed Intervenor*

*Application for Admission Forthcoming