IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

MICHAEL LANGENHORST, *et al*.,

    Plaintiffs,

v.

Case No. 1:20-CV-01701-WCG

LAURE PECORE, in her official capacity as
Clerk of Menominee County, *et al.*,

    Defendants.

## [PROPOSED] ORDER GRANTING DEMOCRATIC PARTY OF WISCONSIN'S MOTION TO INTERVENE

Upon consideration of the Democratic Party of Wisconsin's Motion to Intervene and the Memorandum of Law in support thereof, it is hereby ORDERED that the Motion is GRANTED.

Dated: _____

_____
Judge William C. Griesbach
U.S. District Court Judge