IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

| | |
|---|---|
| **Michael Langenhorst, Michael D. LeMay, Stephen Fifrick**,<br><br>*Plaintiffs,*<br><br>v.<br><br>**Laure Pecore**, in her official capacity as Clerk of Menominee County, Wisconsin; **Scott McDonell**, in his official capacity as Clerk of Dane County, Wisconsin; **George L. Christenson**, in his official capacity as Clerk of Milwaukee County, Wisconsin; **Julietta Henry**, in her official capacity as Milwaukee County, Wisconsin Elections Director; **Rick Baas**, **Dawn Martin**, and **Tim Posnanski**, in their official capacities as Milwaukee County, Wisconsin Election Commissioners; **Ann S. Jacobs**, in her official capacity as Chair of the Wisconsin Elections Commission, **Mark L. Thomsen**, in his official capacity as Vice-Chair of the Wisconsin Elections Commission, **Marge Bostelmann**, in her official capacity as Secretary of the Wisconsin Elections Commission; **Julie M. Glancey**, **Dean Knudson**, and **Robert F. Spindell, Jr.** in their official capacities as Wisconsin Election Commissioners; and **Tony Evers**, in his official capacity as Governor of the State of Wisconsin,<br><br>*Defendants.* | Case No.: 1:20-cv-1701<br><br>**Plaintiffs' Notice of Voluntary Dismissal** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs Michael Langenhorst, Michael D. LeMay, and Stephen Fifrick give notice that the above-captioned action is voluntarily dismissed without prejudice against all Defendants.

1

Date: November 16, 2020

        Respectfully Submitted,

        *Local Counsel for Plaintiffs*

        /s/ *Michael D. Dean*
        _____
        Michael D. Dean (WI # SBN 01019171)
          miked@michaelddeanllc.com

        P.O. Box 2545
        Brookfield, WI 53008
        (262) 798-8044

        *Lead Counsel for Plaintiffs*

        James Bopp, Jr. (IN #2838-84)
          jboppjr@aol.com
        Richard E. Coleson (IN #11527)
          rcoleson@bopplaw.com
        Jeffrey P. Gallant (VA #46876)
          jgallant@bopplaw.com
        Rob Citak (KY #98023)
          rcitak@bopplaw.com

        True the Vote, Inc.
        Validate the Vote Project
        THE BOPP LAW FIRM, PC
        1 South Sixth St.
        Terre Haute, IN 47807-3510
        Telephone: (812) 232-2434

2

Case 1:20-cv-01701-WCG   Filed 11/16/20   Page 2 of 2   Document 26